

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

|  | SOURCE<br>NONE (No such reportable reimbursements.) | DESCRIPTION |
|---|---|---|
| 1 | exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

|  | SOURCE<br>NONE (No such reportable gifts.) | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

|  | CREDITOR<br>NONE (No reportable liabilities.) | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | none | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Janus Mutual Funds | | | | | | | | | |
| 2  JAGIX | A | Dividend | J | T | exempt | | | | |
| 3  JANSX | | None | K | T | exempt | | | | |
| 4  JAVLX | A | Dividend | J | T | exempt | | | | |
| 5  JAVTX | | None | J | T | exempt | | | | |
| 6  Nuveen funds, NUV | A | Dividend | J | T | exempt | | | | |
| 7  USAA Mutual Funds | | | | | | | | | |
| 8  USEXX | A | Dividend | K | T | exempt | | | | |
| 9  USSPX | A | Dividend | K | T | exempt | | | | |
| 10  Vanguard Mutual Funds | | | | | | | | | |
| 11  VMMXX | A | Dividend | J | T | exempt | | | | |
| 12  VWNFX | B | Dividend | L | T | exempt | | | | |
| 13  VWUSX | A | Dividend | K | T | exempt | | | | |
| 14  Vanguard Mutual Funds IRA & Roth IRA | C | Dividend | N | T | exempt | | | | |
| 15  VGHCX | | | | | | | | | |
| 16  VMMXX | | | | | | | | | |
| 17  VWINX | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 VWIGX | | | | | | | | | |
| 19 VWENX | | | | | | | | | |
| 20 VEXPX | | | | | | | | | |
| 21 VFINX | | | | | | | | | |
| 22 American Mutual Funds IRA, AMRPX | B | Dividend | L | T | exempt | | | | |
| 23 Janus Mutual Funds Roth IRA, JAMRX | A | Dividend | J | T | exempt | | | | |
| 24 Vanguard Variable Annuity | | None | K | T | exempt | | | | |
| 25 Common Stocks | | | | | | | | | |
| 26 AMAT | | None | J | T | exempt | | | | |
| 27 INTC | A | Dividend | J | T | exempt | | | | |
| 28 KO | A | Dividend | J | T | exempt | | | | |
| 29 PFE | A | Dividend | J | T | exempt | | | | |
| 30 TXN | A | Dividend | J | T | exempt | | | | |
| 31 XOM | A | Dividend | K | T | exempt | | | | |
| 32 Bank One Accounts | A | Interest | K | T | exempt | | | | |
| 33 US Savings Bond | | None | J | T | exempt | | | | |
| 34 Trust 1, Trustee | A | Dividend | L | T | exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 AMGN | | | | | | | | | |
| 36 SWMXX | | | | | | | | | |
| 37 XOM | | | | | | | | | |
| 38 Trust 2, Trustee | A | Dividend | L | T | | | | | |
| 39 AMGN | | | | | | | | | |
| 40 SWMXX | | | | | | | | | |
| 41 UGTMA Account 1, XOM | B | Dividend | K | T | exempt | | | | |
| 42 XOM stock, child's acct. | A | Dividend | K | T | exempt | | | | |
| 43 AOL stock, child's acct. | | None | J | T | exempt | | | | |
| 44 Rental Property, Austin, TX $168,342. | C | Rent | M | S | exempt | | | | |
| 45 Centennial Money Mkt | A | Dividend | J | T | exempt | | | | |
| 46 Evergreen Money Market | A | Dividend | J | T | exempt | | | | |
| 47 HBW Plaza Ltd.- Limited partner | D | Distribution | L | U | exempt | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Clark, Ronald H. | 01/24/2002 |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Trustee    Trust #2 | |
| 5 | Committee Chairman    Troop 15, Sherman, TX Boy Scouts of America | |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2001 | Self employed dance instructor | |
| 6 | 2000 | Self Employed dance instructor | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Clark, Ronald H. | 01/24/2002 |

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Trustee    Trust #2 | |
| 5 | Committee Chairman    Troop 15, Sherman, TX Boy Scouts of America | |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2001 | Self employed dance instructor | |
| 6 | 2000 | Self Employed dance instructor | |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

.I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Ronald H Clark_      Date _Jan 29, 2002_

Note:  Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 24,000 | | | Notes payable to banks-secured | None | | |
| U.S. Government securities-add schedule | 5,000 | | | Notes payable to banks-unsecured | None | | |
| Listed securities-add schedule | 756,072 | | | Notes payable to relatives | None | | |
| Unlisted securities--add schedule | None | | | Notes payable to others | None | | |
| Accounts and notes receivable: | None | | | Accounts and bills due | None | | |
| Due from relatives and friends | None | | | Unpaid income tax | None | | |
| Due from others | None | | | Other unpaid income and interest | None | | |
| Doubtful | None | | | Real estate mortgages payable-add schedule | None | | |
| Real estate owned-add schedule | 274,342 | | | Chattel mortgages and other liens payable | None | | |
| Real estate mortgages receivable | None | | | Other debts-itemize: | ------ | | |
| Autos and other personal property | 100,000 | | | Average credit card monthly balance | 3,500 | | |
| Cash value-life insurance | None | | | Balance on automobile | 24,465 | | |
| Other assets itemize: | ---------- | | | | | | |
| Interest in HBW Plaza, Ltd. | 66,000 | | | | | | |
| -- | | | | | | | |
| -- | | | | Total liabilities | 27,965 | | |
| -- | | | | Net Worth | 1,197,449 | | |
| Total Assets | 1,225,414 | | | Total liabilities and net worth | 1,225,414 | | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As guarantor of note for HBW Plaza Ltd. | 40,517 | | | Are any assets pledged? (Add schedule) | None | | |
| On leases or contracts | None | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | None | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | None | | | | | | |
| Other special debt | None | | | | | | |

# Financial Statement - Listed Securities.

| SECURITY | ESTIMATED VALUE | VALUED AS OF |
|---|---|---|
| Janus Mutual Funds (Includes IRAs) | 65,705 | Dec. 31, 2001 |
| Nuveen Municipal Fund | 14,830 | Dec. 31, 2001 |
| USAA Mutual Funds | 38,427 | Dec. 31, 2001 |
| Vanuard Mutual Funds (Includes IRAs) | 278,127 | Dec. 31, 2001 |
| American Funds IRA | 75,908 | Dec. 31, 2001 |
| Centennial Money Mkt. | 27,259 | Dec. 31, 2001 |
| Evergreen Money Mkt. | 1,298 | Dec. 31, 2001 |
| Schwab Money Mkt. (In trusts 1 & 2) | 12,338 | Dec. 31, 2001 |
| Common Stocks | | |
| XOM    (Includes UGTMA acct.) | 73,324 | Dec. 31, 2001 |
| AMAT | 4,010 | Dec. 31, 2001 |
| INTC | 3,145 | Dec. 31, 2001 |
| KO | 9,430 | Dec. 31, 2001 |
| PFE | 11,955 | Dec. 31, 2001 |
| TXN | 2,800 | Dec. 31, 2001 |
| AMGN (In trusts 1 & 2) | 121,346 | Dec. 31, 2001 |
| XOM (In trust 1) | 7,860 | Dec. 31, 2001 |
| AOL (child's) | 3,310 | Dec. 31, 2001 |
| GOVERNMENT SECURITIES | | |
| Savings bond | about $5,000 | Dec. 31, 2001 |